B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re **CIB MARINE BANCSHARES, INC.**
Debtor(s)

Case No. **09-33318-jes-11**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| CIB Statutory Trust V<br>BNY Mellon Trust of Delaware, Reg. Agent<br>White Clay Center, Route 273<br>Newark, DE 19711 | Greg Weissman<br>CIB Statutory Trust V<br>The Bank of New York Mellon<br>101 Barclay Street, Floor 8 East<br>New York, NY 10286<br>(212) 815-3349 | Special Purpose Subsidiary Subordinated Debt and Accrued Interest through August 17, 2009 | | 30,476,639.89 |
| CIB Statutory Trust III<br>64 Lamb Road<br>Stafford Springs, CT 06076 | Chris Grose, Relationship Manager<br>CIB Statutory Trust III<br>The Bank of New York Mellon<br>101 Barclay Street, Floor 8 East<br>New York, NY 10286<br>(212) 815-4387 | Special Purpose Subsidiary Subordinated Debt and Accrued Interest through September 15, 2009 | | 28,857,837.92 |
| CIB Statutory Trust IV<br>Brian C. Hillbrecht, Registered Agent<br>81 East Street<br>Stafford Springs, CT 06076 | Paul D. Allen, Vice President<br>CIB Statutory Trust IV<br>U.S. Bank Corporate Trust Services<br>1 Federal Street, 3rd Floor<br>Boston, MA 02110<br>(617) 603-6549 | Special Purpose Subsidiary Subordinated Debt and Accrued Interest through August 17, 2009 | | 28,302,048.71 |
| CIB Marine Capital Trust I<br>BNY Mellon Trust of Delaware, Reg. Agent<br>White Clay Center, Route 273<br>Newark, DE 19711 | Chris Grose, Relationship Manager<br>CIB Marine Capital Trust I<br>The Bank of New York Mellon<br>101 Barclay Street, Floor 8 East<br>New York, NY 10286<br>(212) 815-4387 | Special Purpose Subsidiary Subordinated Debt and Accrued Interest through September 15, 2009 | | 19,552,590.95 |
| KPMG<br>Dept 0939<br>P.O. Box 120001<br>Dallas, TX 75312 | Barry Klos, Partner<br>KPMG<br>303 East Wacker Drive<br>Chicago, IL 60601-5212<br>(312) 665-1000 | Tax Consulting and Audit Services - Estimate | | 156,153.89 |
| Stifel Nicolaus<br>Attn:  Scott McCuaig, President<br>501 North Broadway, 9th Floor<br>Saint Louis, MO 63102 | Scott McCuaig, President<br>Stifel Nicolaus<br>501 North Broadway<br>Saint Louis, MO 63102<br>(314) 342-2000 | Consulting Services - Estimate | | 35,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re  **CIB MARINE BANCSHARES, INC.**　　　　　　　　　Case No.　**09-33318-jes-11**
　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| REIT Subsidiary Preferred Dividend Payments | REIT Subsidiary Preferred Dividend Payments | Dividends to REIT Shareholders Unable to locate parties and funds will be escheated on behalf of the shareholders if not found. | Contingent | 8,583.43 |
| Jack Henry & Associates P.O. Box 503328 Saint Louis, MO 63150-3328 | Michael E. Henry, Chairman Jack Henry & Associates P.O. Box 503328 Saint Louis, MO 63150-3328 (417) 235-6652 | Processing Services for General Ledger System | | 8,000.00 |
| RSM McGladrey 221 3rd Avenue SE, Suite 300 Cedar Rapids, IA 52401 | Charles E. Andrews, President RSM McGladrey 3600 American Blvd West, 3rd Floor Minneapolis, MN 55431 (952) 921-7700 | Loan Review Services - Estimate | | 3,150.00 |
| Jefferson Wells Inc 24091 Network Place Chicago, IL 60673 | Owen Sullivan, CEO Jefferson Wells Inc 100 Manpower Place Milwaukee, WI 53212 (414) 220-9000 | Internal Audit Consulting Services Estimate | | 1,580.95 |
| James Imaging Systems, Inc P.O. Box 330 Brookfield, WI 53008 | James Imaging Systems, Inc P.O. Box 330 Brookfield, WI 53008 | Services | | 197.35 |
| Intellicom of Wisconsin, Inc. 11932 West Silver Spring Drive Milwaukee, WI 53225 | Intellicom of Wisconsin, Inc. 11932 West Silver Spring Drive Milwaukee, WI 53225 | Operating Expense | | 160.22 |
| Sand Castle Investments, LLC 165 Bishops Way, Suite 150 Brookfield, WI 53005 | Sand Castle Investments, LLC 165 Bishops Way, Suite 150 Brookfield, WI 53005 | Operating Expense | | 65.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   **CIB MARINE BANCSHARES, INC.**                                       Case No.   **09-33318-jes-11**
                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President and Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **September 15, 2009**            Signature   **/s/ John P. Hickey, Jr.**
                                                     **John P. Hickey, Jr.**
                                                     **President and Chief Executive Officer**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.